Christ Anschutz, appellee, v. Charles Gabel, Sr., appellant. Gen. No. 37,706.

Opinion filed February 13, 1935.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. Guy C. Guerine, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Richard L. Williams, appellant, v. Abraham J. Hennings, appellee. Gen. No. 37,667.

Opinion filed February 25, 1935.

Urion, Bishop, Sladkey & Boutell, for appellant; Jerome J. Sladkey and V. R. Grundman, of counsel. George Gillette, Cassius A. Scranton and Peabody, Westbrook, Watson & Stephenson, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Marcela Yurgel, administratrix of the estate of Joseph Skabitski, appellee, v. The Western and Southern Life Insurance Company, appellant. Gen. No. 37,736.

Opinion filed February 25, 1935.

Hoyne, O'Connor & Rubinkam, for appellant. David J. Murphy and Louis J. Mark, for appellee; Michael J. Levenson, Jr., of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.